**Darrell LEWIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 101044**

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: March 3, 2015

Jessica M. Hathaway, Office of the State Public Defender, 1010 Market Street, Ste. 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

## ORDER

PER CURIAM.

Darrell Lewis appeals the judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).

Erica J. Mazzotti, John J. Ammann, St. Louis University Law Clinic, 100 N. Tucker, St. Louis, MO 63101, for appellant.

Ninion S. Riley, P.O. Box 59, Jefferson City, Missouri 65104 for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.